**BRONSON LAW OFFICES P.C.**
*Counsel for the Debtor*
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530 (tel.)
888-908-6906 (fax)
hbbronson@bronsonlaw.net
H. Bruce Bronson, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:

                                       Case No. 24-22948

JOHANNA T. CARFAGNO,

                                       Chapter 11

                  Debtor.

-------------------------------------------------------x

## <u>DECLARATION OF RALPH CARFAGNO IN SUPPORT OF MOTION TO APPOINT NEXT FRIEND FOR JOHANNA T. CARFAGNO</u>

I, Ralph Carfagno, hereby affirm under penalty of perjury as follows:

1. I am the son of the Debtor, Johanna T. Carfagno.

2. The Debtor has major health problems and during this time I have been her caretaker, and I have taken over her financial affairs and I have a power of attorney for her.

3. My appointment as "next friend" is necessary so that I can act on behalf of my mother in her bankruptcy.

4. It is in the Debtor's best interests that I be appointed "next friend" because she is in jeopardy of losing her home in foreclosure if her bankruptcy case is dismissed.

5. I am not receiving any payment for the help I am providing my mother.

6. I have never been convicted of a crime.

7. I am employed as a manager at A+ Plumbing and earn about $10,000 a month from my employment.

8.  My siblings and I have committed to contribute our income to help our mother to

make plan payments in her Chapter 11.

Pursuant to 28 U.S.C section 1746, I declare under the penalty of perjury that the foregoing is true

and correct.

Dated: December 19, 2024,
New York, New York                    **/s/Ralph Carfagno**
                                       Ralph Carfagno